

FILED

DEC 05 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

SEALED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, ) *Case No. 5:08-mj-000042 TAG*
                          )
        Plaintiff,        ) ORDER SEALING ARREST WARRANT,
    v.                    ) CRIMINAL COMPLAINT, APPLICATION
                          ) AND ORDER
                          )
"GUERITA,"                )
                          ) **Under Seal**
                          )
        Defendants.       )
                          )
                          )
                          )

The United States of America has applied to this Court for an
Order permitting it to file the Criminal Complaint, Arrest
Warrant, Application, and this Order in the above-captioned case,
in camera under seal. Upon consideration of the application and
the entire record herein,

IT IS HEREBY ORDERED that the Criminal Complaint, Arrest
Warrant, Application, and this Order in the above-entitled
proceedings shall be filed with this Court in camera under seal
and shall not be disclosed to any person unless otherwise Ordered
by this Court.

DATED: December 4, 2008

_____
THERESA A. GOLDNER
U.S. Magistrate Judge

1