IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br><br>ADRIAN NEGRETE-HERNANDEZ,<br>JANET MARTINEZ,<br>JUAN DELGADO-MONTENEGRO,<br>"GUERITA,"<br>ISMAEL CASAS,<br>MICHAEL RAMOS,<br>OLEGARIO TRUJILLO,<br>LUIS CORTEZ-MENDOZA,<br>ALEJANDRO MEJIA, and<br>PEDRO DELGADO-MONTENEGRO<br><br>　　　　Defendants. | 5:08-mj-000034 TAG<br>5:08-mj-000039 TAG<br>5:08-mj-000041 TAG<br>5:08-mj-000042 TAG<br>5:08-mj-000035 TAG<br>5:08-mj-000036 TAG<br>5:08-mj-000038 TAG<br>5:08-mj-000037 TAG<br>5:08-mj-000040 TAG<br>5:08-mj-000032 TAG |

ORDER TO UNSEAL ARREST WARRANTS AND CRIMINAL COMPLAINTS

**Under Seal**

The United States of America has applied to this Court for an Order permitting it to unseal the Criminal Complaints and Arrest Warrants in the above-captioned matters. Upon consideration of the application and the entire record herein,

IT IS HEREBY ORDERED that the Criminal Complaints and Arrest

1

1. Warrants in the above-entitled proceedings shall be unsealed.
2. DATED: December 10, 2008

*Theresa A. Goldner*
THERESA A. GOLDNER
U.S. Magistrate Judge

```
McGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>ADRIAN NEGRETE-HERNANDEZ,<br>JANET MARTINEZ,<br>JUAN DELGADO-MONTENEGRO,<br>"GUERITA,"<br>ISMAEL CASAS,<br>MICHAEL RAMOS,<br>OLEGARIO TRUJILLO,<br>LUIS CORTEZ-MENDOZA,<br>ALEJANDRO MEJIA, and<br>PEDRO DELGADO-MONTENEGRO,<br><br>　　　　Defendants. | )　5:08-mj-000034 TAG<br>)　5:08-mj-000039 TAG<br>)　5:08-mj-000041 TAG<br>)　5:08-mj-000042 TAG<br>)　5:08-mj-000035 TAG<br>)　5:08-mj-000036 TAG<br>)　5:08-mj-000038 TAG<br>)　5:08-mj-000037 TAG<br>)　5:08-mj-000040 TAG<br>)　5:08-mj-000032 TAG<br>)<br>)<br>)<br>)　APPLICATION TO UNSEAL CRIMINAL<br>)　COMPLAINTS AND ARREST WARRANTS<br>)<br>) |

　　　　The United States of America hereby applies to this Court for an order unsealing the arrest warrants and criminal complaints in the above-captioned proceedings.

　　　　This motion is based on the fact that the defendants in these matters were arrested on the criminal complaints.

```
Dated: December 10, 2008              Respectfully submitted,

                                     McGREGOR W. SCOTT
                                     United States Attorney
                                By:  /s/ Karen A. Escobar
                                     KAREN A. ESCOBAR
                                     Assistant U.S. Attorney
```

1